# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0695
LT Case Nos. 2024-100236-CFDB
2024-10226-CICI

_____

HOWARD DALE SNIPES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.

August 20, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____